UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION**, <br><br> Plaintiff, <br><br> v. <br><br> **BRENT POURCIAU, ET AL.**, <br><br> Defendants. | Case No. 19-cv-04912-YGR <br><br> **ORDER DENYING MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT** <br><br> Re: Dkt. No. 16 |

On December 3, 2019, the Court heard oral argument on defendants' motion to dismiss, or in the alternative, motion for a more definite statement, which was fully briefed. (Dkt. Nos. 16, 17, 21.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, the Court **DENIES** defendants' motion. (*See* Dkt. No. 29.)

Accordingly, and as noted on the record, defendants **SHALL** file an answer by no later than **December 17, 2019**.

This Order terminates Docket Number 16.

**IT IS SO ORDERED.**

Dated: December 10, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge